# Court of Appeals
# of the State of Georgia

ATLANTA, November 21, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0486.  SAMSON J. HYPOLITE v. COURT OF FEDERAL CLAIMS.**

On June 20, 2013, the trial court entered an order dismissing Samson J. Hypolite's petition to vacate a "federal claims void judgment."  Hypolite filed a notice of appeal from this ruling on August 20, 2013. To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order.  OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Rowland v. State*, 264 Ga. 872 (1) (452 SE2d 756) (1995).  Because Hypolite did not file his notice of appeal until 61 days after entry of the order he seeks to appeal, his appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 11/21/2013
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*